-1-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:17-cr-146** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **DARRELL BRYANT AND** | : | |
| **GIFTY KUSI,** | : | |
| | : | |
| **Defendants.** | : | |

## VERDICT FORM

### Count I

We the jury, in the above entitled case, unanimously find the Defendant, Darrell Bryant

\_\_\_\_\_ Not Guilty               $\sqrt{}$ Guilty

of knowingly and willfully combining, conspiring, confederating, and agreeing with others, to violate 18 U.S.C. §1347, that is, to execute a scheme to defraud a health care benefit program as defined in 18 U.S.C. §24(b), that is the Ohio Medicaid Program, in connection with the delivery or payment for health care benefits, items or services, as charged in Count 1 of the Indictment.

**Jurors' Signatures**

-2-

**SIGNED THIS 18 DAY OF Dec, 2018.**

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| DARRELL BRYANT AND | : | |
| GIFTY KUSI, | : | |
| | : | |
| Defendants. | : | |

## **VERDICT FORM**

### Count I

We the jury, in the above entitled case, unanimously find the Defendant, Gifty Kusi

\_\_\_\_\_ Not Guilty                X  Guilty

of knowingly and willfully combining, conspiring, confederating, and agreeing with others, to violate 18 U.S.C. §1347, that is, to execute a scheme to defraud a health care benefit program as defined in 18 U.S.C. §24(b), that is the Ohio Medicaid Program, in connection with the delivery or payment for health care benefits, items or services, as charged in Count 1 of the Indictment.

**Jurors' Signatures**

SIGNED THIS _18th_ DAY OF _DEC_ 2018.

-5-

## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| DARRELL BRYANT AND | : | |
| GIFTY KUSI, | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

### Count II

We the jury, in the above entitled case, unanimously find the Defendant, Darrell Bryant

X̲ Not Guilty          _____ Guilty

of knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b), in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for compound creams never provided to patients, from on or about January 11, 2013 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 2 of the Indictment.

**Jurors' Signatures**

-6-

SIGNED THIS _18_ DAY OF _DEC_, 2018.

-7-

**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:17-cr-146** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **DARRELL BRYANT AND** | : | |
| **GIFTY KUSI,** | : | |
| | : | |
| **Defendants.** | : | |

## VERDICT FORM

### Count II

We the jury, in the above entitled case, unanimously find the Defendant, Gifty Kusi

<u>   X   </u>  Not Guilty                    _____  Guilty

of knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b), in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for compound creams never provided to patients, from on or about January 11, 2013 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 2 of the Indictment.

**Jurors' Signatures**

SIGNED THIS/_8_ DAY OF _Dec_, 2018.

-9-

**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| Plaintiff, | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | |
| DARRELL BRYANT AND | : | |
| GIFTY KUSI, | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

### Count III

We the jury, in the above entitled case, unanimously find the Defendant, Darrell Bryant

_____ Not Guilty                    X Guilty

knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b) in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for compound creams that were not medically necessary, because it was not requested to be filled by the patient, and/ or it was not legitimately prescribed by a physician, from on or about January 11, 2013 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 3 of the Indictment.

**Jurors' Signatures**

-10-

SIGNED THIS /8ᵗʰ DAY OF DEC 2018.

-11-

**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| Plaintiff, | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | |
| DARRELL BRYANT AND | : | |
| GIFTY KUSI, | : | |
| | : | |
| Defendants. | : | |

## <u>VERDICT FORM</u>

### Count III

We the jury, in the above entitled case, unanimously find the Defendant, Gifty Kusi

_____ Not Guilty                     X Guilty

knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b) in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for compound creams that were not medically necessary, because it was not requested to be filled by the patient, and/ or it was not legitimately prescribed by a physician, from on or about January 11, 2013 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 3 of the Indictment.

**Jurors' Signatures**

SIGNED THIS 18 DAY OF DEC, 2018.

-13-

**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No. 2:17-cr-146 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **DARRELL BRYANT AND** | : | |
| **GIFTY KUSI,** | : | |
| | : | |
| **Defendants.** | : | |

## VERDICT FORM

### Count IV

We the jury, in the above entitled case, unanimously find the Defendant, Darrell Bryant

_____ Not Guilty                    X Guilty

of knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b), in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for individual counseling services that were not provided, or provided in a group setting, from on or about December 18, 2015 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 4 of the Indictment.

**Jurors' Signatures**

SIGNED THIS /8 th DAY OF DEC, 2018.

-15-

## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| DARRELL BRYANT AND | : | |
| GIFTY KUSI, | : | |
| | : | |
| Defendants. | : | |

## <u>VERDICT FORM</u>

### Count IV

We the jury, in the above entitled case, unanimously find the Defendant, Gifty Kusi

_____ Not Guilty          __X__ Guilty

of knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. §24(b), in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for individual counseling services that were not provided, or provided in a group setting, from on or about December 18, 2015 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 4 of the Indictment.

**Jurors' Signatures**

SIGNED THIS _18_ DAY OF _DEC_ 2018.

-17-

**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No. 2:17-cr-146 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **DARRELL BRYANT AND** | : | |
| **GIFTY KUSI,** | : | |
| | : | |
| **Defendants.** | : | |

## **VERDICT FORM**

### **Count V**

We the jury, in the above entitled case, unanimously find the Defendant, Darrell Bryant

_____ Not Guilty          ☒ Guilty

knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. § 24(b) in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for counseling services by unqualified individuals, when there was no proper supervising physician, in connection with the delivery of, or payment for, health care benefits, items, or services, from on or about December 18, 2015 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 5 of the Indictment.

**Jurors' Signatures**

-18-

SIGNED THIS 8ᵗʰ DAY OF _Dec_, 2018.

-19-

## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No. 2:17-cr-146 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | |
| **DARRELL BRYANT AND** | : | |
| **GIFTY KUSI,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>VERDICT FORM</u>

### Count V

We the jury, in the above entitled case, unanimously find the Defendant, Gifty Kusi

\_\_\_\_\_ Not Guilty          X   Guilty

knowingly and willfully executing and attempting to execute a scheme or artifice to defraud a health care benefit program as defined by 18 U.S.C. § 24(b) in connection with the delivery of, or payment for, health care benefits, items, or services by submitting fraudulent claims to Medicaid for counseling services by unqualified individuals, when there was no proper supervising physician, in connection with the delivery of, or payment for, health care benefits, items, or services, from on or about December 18, 2015 through on or about April 21, 2017, in the Southern District of Ohio, as charged in Count 5 of the Indictment.

**Jurors' Signatures**

-20-

SIGNED THIS 18th DAY OF Dec, 2018.