IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 2:17-cr-00146-1 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | |
| **DARRELL L. BRYANT,** : | |
| : | |
| : | |
| **Defendant.** : | |

### ORDER

This matter is before the Court on Defendant Darrell L. Bryant's Motion for Reconsideration of the Court's July 20, 2020 Opinion and Order Denying his Motion for Compassionate Release. Doc. 167. The basis for Defendant's Motion is that the Court entered a ruling before considering his reply brief, which was apparently submitted to the Clerk's Office on July 15, 2020, but not filed on the Court's docket until July 21, 2020.

The Court denied Defendant's Motion for Compassionate Release on two grounds: (1) Defendant failed to identify any underlying health conditions that placed him at an increased risk of suffering a severe illness from COVID-19; and (2) Defendant's demonstrated history of not complying with the terms of his supervised release weighed against converting the remainder of his sentence to home confinement. Nothing in Defendant's reply brief, which the Court has now considered, changes these findings. Accordingly, Defendant's Motion for Reconsideration [#167] is **DENIED**.

**IT IS SO ORDERED.**

                                            /s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 21, 2020**